

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 28, 2023

**BY ECF**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *United States v. Rodney Spratley*, 23 Cr. 283 (JPC)

Dear Judge Cronan:

The Court has scheduled a conference in the above-referenced matter for December 4, 2023.  The Government writes on behalf of both parties respectfully to request an adjournment of that conference for approximately sixty days.  The parties have recently been engaged in discussions concerning a pretrial disposition in this matter, which the parties hope to continue prior to setting any motion or trial date.  The Government further requests, with the consent of the defendant, by and through defense counsel, that the Court exclude time through the new conference date, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), so that the parties can continue potentially fruitful discussions concerning a pretrial disposition.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
    Elizabeth A. Espinosa
    Michael R. Herman
    Alexandra S. Messiter
    Assistant United States Attorneys
    (212) 637-2221

cc:    Defense counsel (by ECF)

The request is granted.  The conference scheduled for December 4, 2023, is adjourned to January 22, 2024, at 2:00 p.m. in Courtroom 12D of 500 Pearl Street, New York, NY 10007.  The Court will exclude time through January 22, 2024, pursuant to 18 U.S.C. § 3161(h)(7)(A) in order for the parties to continue discussions regarding a pretrial disposition of this matter.  The Clerk of Court is respectfully directed to close Docket Number 15.

SO ORDERED.
Date: November 28, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge