The request is granted. Defendant's status conference is adjourned to January 27, 2026 at 2:30 p.m. The Court finds that the ends of justice served by granting the adjournment to allow the parties to attempt to reach a pretrial resolution of this case outweigh the interests of the public and Defendant in a speedy trial, and therefore time is excluded between November 23, 2026 and January 27, 2026 pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Clerk of Court is respectfully directed to close Docket Numbers 31 and 32.

SO ORDERED.
November 20, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

THOMAS AMBROSIO
ATTORNEY AT LAW
Member of NJ & NY Bars

November 20, 2026

Via ECF
Honorable John P. Cronan, U.S.D.J.
500 Pearl St.
New York, NY 10007-1312

RE: USA vs Candance Johnston
23-cr-283-JPC

Dear Judge Cronan:

Candace Johnston has a status conference scheduled before Your Honor on Monday, November 23, 2026. With the consent of the government, I am respectfully requesting a 60-day adjournment of the status conference. The purpose of the adjournment request is to allow the parties to attempt to reach a pretrial resolution of this case. Your Honor recently appointed Stephen Turano, Esq. as co-counsel, so the 60-day adjournment will allow Mr. Turano to take an active role in the case and will account for some down time during the upcoming holiday season.

The defendant consents to the exclusion to time under the Speedy Trial Act for through the date of any adjournment the Court may grant. This would be the first request for the adjournment of a status conference to be made on behalf of Ms. Johnston.

Your Honor's granting of this request would be greatly appreciated.

Respectfully yours,

*/s/Thomas Ambrosio*
Thomas Ambrosio

cc: All counsel (via ECF)

750 Valley Brook Avenue | Lyndhurst | New Jersey 07071 | 201.935.3005 | 201.935.7667 ∞ fax
tambrosio@legal750.com